**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| DAVID JAROD ROSS, #1683697, | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | CIVIL ACTION H-13-0666 |
| | § | |
| ANTONIO K. HIGHTOWER, ET AL., | § | |
| | § | |
| *Defendants.* | § | |

**ORDER**

Plaintiff's motion for new trial in this *pro se* state inmate section 1983 case (Docket Entry No. 11) is DENIED for the reasons set forth by the Court in the dismissal of June 21, 2013.

Plaintiff's second motion for appointment of counsel (Docket Entry No. 10) is DENIED AS MOOT.

Signed at Houston, Texas on July 9, 2013.

_____
Gray H. Miller
United States District Judge